ACCEPTED
06-15-00184-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/29/2015 11:36:49 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number:

Appellate Case Style: Style:    Timothy Wade Mitleff

Vs.    State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

10/29/2015 11:36:49 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:   6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Timothy | ☐ Lead Attorney |
| Middle Name: Wade | First Name: Charles |
| Last Name: Mitleff | Middle Name: E. |
| Suffix: | Last Name: Perry |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name: Charles E. Perry |
| | Address 1: P.O. Box 720 |
| | Address 2: 1101 Main Street |
| | City: Commerce |
| | State: Texas    Zip+4: 75429 |
| | Telephone: 903-886-0774   ext. |
| | Fax: 903-886-2043 |
| | Email: elyww@aol.com |
| | SBN: 15799700 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

### III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☒ No

Amount of Bond:

Pro Se: ○

### IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: Will

Middle Name:

Last Name: Ramsay

Suffix:

☐ Appointed ☒ District/County Attorney

☐ Retained ☐ Public Defender

Firm Name: Franklin County District Attorney

Address 1: 110 Main Street

Address 2:

City: Sulphur Springs

State: Texas      Zip+4: 75482

Telephone: 903-885-0640      ext.

Fax:

Email: wramsay@hopkinscountytx.org

SBN:

Add Another Appellee/ Attorney

### V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: October 20, 2015

Offense charged: Assault Fam/House member impede breath/cir

Date of offense: March 29, 2015

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: October 22, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Twenty Years(20) Institutional Division

Is the appeal from a pre-trial order? ☐ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

### VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☐ No      If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No      If yes, date filed:

Other: ☐ Yes ☒ No      If yes, date filed:

If other, please specify:

### VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA      If yes, date filed:

Date of hearing: ☐ NA

Date of order: October 20, 2015 ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA      If granted or denied, date of ruling: October 20, 2015

## VIII. Trial Court And Record

Court: 8th District

County: Franklin

Trial Court Docket Number (Cause no): F-8998

Trial Court Judge (who tried or disposed of the case):

First Name: Eddie

Middle Name:

Last Name: Northcutt

Suffix:

Address 1: 118 Church Street

Address 2:

City: Sulphur Springs

State: Texas          Zip + 4: 75482

Telephone:          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Oct 28, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Oct 29, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☐ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name: Jana

Middle Name:

Last Name: Rushing

Suffix:

Address 1: 118 Church Street

Address 2:

City: Sulphur Springs

State: Texas          Zip + 4: 75482

Telephone: 903-268-2942          ext.

Fax:

Email:

## 1X.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                      Court:

Style:     N/A

      Vs.     State of Texas

## X.  Signature

_____

Signature of counsel (or Pro Se Party)                   Date:   October 29, 2015

_____

                                             State Bar No: 15799700

Printed Name:

Electronic Signature:   /s/ Charles E. Perry              Name:   Charles E. Perry
       (Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  October 29, 2015        .

_____

Signature of counsel (or pro se party)           Electronic  Signature: /s/ Charles E. Perry
                                                (Optional)

                                     State Bar No.:   15799700

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                  (1) the date and manner of service;

                  (2) the name and address of each person served, and

                  (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: October 29, 2015

Manner Served: Email

First Name: Will

Middle Name:

Last Name: Ramsay

Suffix:

Law Firm Name: Franklin County District Attorney

Address 1: 110 Main Street

Address 2:

City: Sulphur Springs

State: Texas        Zip+4: 75482

Telephone: 903-885-0640        ext.

Fax:

Email: wramsay@hopkinscountytx.org